**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:21-cr-0001 |
| | ) |
| **ELEUTERIO GOMEZ MURILLO,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

 **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 11, 2024, recommending that the Defendant's plea of guilty to Count One of the Indictment, a violation of 46 U.S.C. §§ 70502(c)(1)(A), 70503(a)(1), 70504(b)(2), 70506(a) and (b), be accepted, and the defendant be adjudged guilty. (ECF No. 145.) After careful consideration and review, and there being no objection, it is hereby

 **ORDERED** that the Report and Recommendation, ECF No. 145, is **ADOPTED;** it is further

 **ORDERED** that Defendant Eleuterio Gomez Murillo's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Eleuterio Gomez Murillo is adjudged **GUILTY** on that count; it is further

 **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

 **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 14, 2024;** it is further

 **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 5, 2024;** it is further

 **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 19, 2024;** it is further

*United States v. Gomez Murillo*
Case No. 3:21-cr-0001
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda no later than **August 6, 2024;** it is further

      **ORDERED** that a sentencing hearing shall be held on **August 15, 2024, at 9:00 A.M. in STT Courtroom No. 1.**


**Dated:** April 26, 2024                               */s/ Robert A. Molloy*
                                                                   **ROBERT A. MOLLOY**
                                                                   **Chief Judge**